and full performance, but to establish the chronology of events preceding and following the making of the agreement. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of JOHN D. MURCHISON, Respondent, v. ALLEGHANY CORPORATION, Appellant, and CHEMICAL BANK NEW YORK TRUST COMPANY, Respondent.— Order `entered on December 14, 1960, granting petitioner's application for an order directing respondent-appellant and its transfer agent, Chemical Bank New York Trust Company, to furnish him with copies of the stock list of respondent-appellant, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of DONALD D. HARRINGTON, Respondent, v. ALLEGHANY CORPORATION, Appellant, and CHEMICAL BANK NEW YORK TRUST COMPANY, Respondent.— Order entered on December 14, 1960, granting petitioner's application for an order directing respondent-appellant and its transfer agent, Chemical Bank New York Trust Company, to furnish him with copies of the stock list of respondent-appellant, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUISE JAMES, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING LEIBOWITZ, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ CHRISTIE BROS., INC., Appellant, v. FREDERICK AYER, II, Respondent. — Order entered on July 5, 1960, denying plaintiff-appellant's motion for judgment on the pleadings and other relief and granting judgment on the pleadings to defendant-respondent dismissing the complaint, unanimously modified, on the law, on the facts and in the exercise of discretion, by providing that the dismissal is without prejudice to an application, if plaintiff be so advised, for permission to serve a supplemental complaint pursuant to section 245-b of the Civil Practice Act, and, as so modified, the order is affirmed, without costs. A faulty cause of action may not be remedied by service of an amended complaint alleging facts which occurred after commencement of the action. (*Watson* v. *Consolidated Laundries Corp.*, 235 App. Div. 234; *Levbarg* v. *Travelers Ins. Co.*, 257 App. Div. 852.) Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ BELLE SHAPIRO, Appellant, v. HERMAN JOSEPHSON et al., Respondents. — Judgment unanimously affirmed, without costs to either party. No opinion. Order entered on May 10, 1960, denying plaintiff's motion for a new trial unanimously affirmed, without costs to either party. No opinion. Order entered on April 1, 1959, denying plaintiff's motion for a copy of the stenographic minutes of the trial unanimously affirmed, without costs to either party. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE ZIMMERMAN, Appellant.— Order entered on September 18, 1959, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHANIEL JOHNSON.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order filed herein. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.